QUINN EMANUEL URQUHART & SULLIVAN, LLP
Karin Kramer (Bar No. 87346)
karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for PFIZER INC.

LOPEZ MCHUGH LLP
Matthew Ramon Lopez (Bar No. 263134)
mlopez@lopezmchugh.com
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
Telephone: (949) 737-1501
Facsimile: (949) 737-1504

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE H. MOODY,<br><br>    Plaintiff,<br><br>    v.<br><br>PFIZER, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 4:13-cv-04760-SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Defendant Pfizer Inc. ("Pfizer") and Plaintiff Renee H. Moody ("Plaintiff"), through their respective counsel of record, hereby stipulate and agree as follows:

1    WHEREAS, on January 14, 2014, the Court continued the Telephonic Case Management
2 Conference, previously set for January 16, 2014, to January 30, 2014, at 2:45 pm;
3    WHEREAS, as currently scheduled, counsel for Pfizer has a conflict on January 30, 2014
4 and is unable to take part in a telephonic status conference on that date;
5    WHEREAS, the parties have conferred and agreed that they can both take part in a
6 telephonic status conference on February 13, 2014, at 2:30 pm.
7    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel
8 of record, that the Case Management Conference shall be rescheduled for **February 13, 2014, at**
9 **2:30 pm**.

Dated:   January 17, 2014              QUINN EMANUEL URQUHART
                                          & SULLIVAN LLP

                                       By:   */s/ Karin Kramer*
                                          Attorneys for Defendant Pfizer Inc.


                                       LOPEZ MCHUGH LLP

                                       By:   */s/ Matthew Ramon Lopez*
                                          Attorneys for Plaintiff Renee H. Moody


I, Karin Kramer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that attorney Matthew Ramon Lopez has concurred in this filing.

1 [PROPOSED] **ORDER**

2    The Telephonic Case Management Conference in the above-captioned matter is now set for
3 **February 13, 2014, at 2:30 pm**.   Plaintiff shall be responsible for filing the Joint Case
4 Management Conference Statement by **February 6, 2014**, and for arranging the conference call; all
5 parties shall be on the line and shall call (510) 637-3559.
6    IT IS SO ORDERED.

7
8
9 Dated: ___January 30___, 2014         _____
10                                       HON. SANDRA BROWN ARMSTRONG
                                         UNITED STATES DISTRICT JUDGE