Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE H. MOODY<br><br>Plaintiff(s),<br><br>v.<br><br>PFIZER INC, et al.<br><br>Defendant(s). | Case No: 3:13-cv-04760<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Elizabeth Middleton Burke, an active member in good standing of the bar of South Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Renee H. Moody in the above-entitled action. My local co-counsel in this case is Matthew R. Lopez, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1037 Chuck Dawley Blvd., Bldg. A<br>Mt. Pleasant, SC 29464 | 100 Bayview Cr., Ste. 5600<br>Newport Beach, CA 92660 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (843) 727-6500 | (949) 737-1501 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| bburke@rpwb.com | mlopez@lopezmchugh.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 13610.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/31/13

Elizabeth Middleton Burke
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Elizabeth Middleton Burke is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/30/2014

*Saundra B. Armstrong*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE